UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JAMES HAYWARD LESTER | CIVIL ACTION NO. 15-cv-2008 |
| VERSUS | CHIEF JUDGE HICKS |
| CADDO PARISH, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

**Introduction**

James Hayward Lester ("Plaintiff"), who is self-represented, filed this civil rights action against several defendants. Judge Hicks has issued a number of rulings on motions by those defendants and it appears that the only remaining defendant is Dale Cox, and the only remaining claims against him are (1) a defamation/due process claim under Section 1983, and (2) state law claims for defamation under tort law and for violation of La. Constitution Art. I, § 2 (due process). Those claims survived Rule 12(b)(6) assessment, but Judge Hicks noted that Cox had not raised the defense of qualified immunity in his motion or tested other defenses such as truth of the statement, lack of requisite level of fault or other defenses that could be raised at the summary judgment stage. Doc. 51; Lester v. Caddo Parish, 2016 WL 6270767 (W.D. La. 2016).

**Initial Disclosures Waived**

Cox has filed an answer (Doc. 62), and the case is now ready to move forward. The requirements of exchanging initial disclosures and filing a discovery plan under Federal Rule of Civil Procedure 26 are waived in this case.

**Amendment of Pleadings**

Plaintiff has already been allowed to amend his complaint, and the court noted in a 2015 order (Doc. 41) that no further amendments would be allowed absent a showing of good cause. There has been no subsequent attempt to make such a showing. More than a reasonable opportunity for amendments has been allowed, so the deadline for amendment of pleadings is closed.

**Discovery**

The parties are allowed until **April 6, 2018** to complete all appropriate discovery and file any motions to compel.

**Dispositive Motions**

Any motion for summary judgment or other dispositive motion, if a party chooses to file one, must be filed on or before **May 4, 2018**, although a party need not wait until the deadline to file a motion. After any dispositive motions are resolved, the court will assess the need to issue additional scheduling deadlines related to a trial, pretrial conference, and related matters.

**Change of Address**

All parties and counsel must promptly reporting in writing to the court and to all other parties any change in mailing address or telephone number. Failure to do so may be considered grounds for dismissal or other appropriate sanctions. See Local Rule 41.3.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of January, 2018.

Mark L. Hornsby
U.S. Magistrate Judge